**jackson|lewis**

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

DIRECT DIAL: (212) 545-4086
EMAIL ADDRESS: MICHAEL.JAKOWSKY@JACKSONLEWIS.COM

October 23, 2020

**VIA ECF**

**MEMORANDUM ENDORSEMENT**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
500 Pearl Street
United States Courthouse
New York, NY 10007

Re: Barbara Hamilton, et al. v. The August Aichhorn Center for Adolescent Residential Care, Inc.
Case No. 1:20-cv-04040 (PAE)

Dear Judge Gorenstein:

This firm represents Defendant in the above-referenced matter. We write to respectfully request a two-week adjournment of the settlement conference scheduled for Monday, October 26, 2020 at 2:30 p.m. Plaintiffs consent to this request.

Yesterday, Plaintiffs' counsel presented Defendant with a revised and significantly higher damages demand. As a result, Defendant now requires additional time to gather information in order to appropriately respond to ensure that the settlement discussions can be as meaningful and productive as possible. As such, pursuant to Your Honor's September 25, 2020 Order, the parties are required to request a change in date for the settlement conference as Defendant and Plaintiffs continue to evaluate their positions and exchange information that will allow for a more productive conference. We contacted the Court today regarding availability, and the parties understand that the Court is available on November 9, 2020 at 10:00 a.m. for the conference. Defendant and Plaintiffs agree to this new date and time.

Thank you for your attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Michael A. Jakowsky*

Michael A. Jakowsky

cc: Counsel of Record (via ECF)

4846-7410-3247, v. 1

**Conference adjourned to November 9, 2020 at 10:00 a.m. Any supplemental letters are due November 2, 2020.**

**So Ordered.**

GABRIEL W. GORENSTEIN
United States Magistrate Judge
**October 23, 2020**